■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANOLO CALDERON, Appellant. [986 NYS2d 484]—Order, Supreme Court, New York County (Renee A. White, J.), entered December 11, 2012, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in declining to grant a downward departure (*see People v Cintron*, 12 NY3d 60,

70 [2009], *cert denied* 558 US 1011 [2009]; *People v Johnson*, 11 NY3d 416, 421 [2008]). Defendant did not demonstrate any mitigating factors, not already taken into account in the risk assessment instrument, that would warrant a downward departure, given the egregiousness of defendant's sexual offenses. We have considered and rejected defendant's remaining arguments. Concur—Gonzalez, P.J., Sweeny, Moskowitz, Freedman and Kapnick, JJ.